

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

v.

JIMMY COLLINS (1),
ASHLEY COLLINS (2),
CFK, Inc. (3),

Defendants.

Case No. 18CR0432JLS

NOTICE OF RELATED CASE

SEALED

TO THE CLERK OF THE COURT:

Please take notice that the above entitled case is related to *United States v. Real Property Known as 5904 and 5908 Grasshopper Road, Birchwood, Tennessee, et al.*, Case No. 17-cv-500-JLS-WVG, pursuant to Local Rule 57.2.1, Related Cases. The United States Attorney certifies that the cases are related because the above-entitled case charges the defendants in a criminal case while 17-cv-500-JLS is a civil forfeiture proceeding concerning the same defendants.

DATED: 1/24/18.

ADAM L. BRAVERMAN
United States Attorney