UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 18CR432-JLS |
|---|---|
| v. | **I N F O R M A T I O N** |
| CFK, Inc. | Title 18, United States Code, Section 287 - Conspiracy To Submit False Claims |
| Defendant. | |

The United States Attorney charges:

Beginning on a date unknown and continuing through at least June 2015, in the Southern District of California and elsewhere, defendant CFK, Inc. knowingly and intentionally combined, conspired, and agreed with others to defraud the United States by aiding in obtaining the payment of false, fictitious and fraudulent claims in connection with the delivery of health care benefits and services, namely compounded medications, through the TRICARE system, all in violation of Title 18, United States Code, Section 287.

DATED: 03/06/2019

ROBERT S. BREWER, JR.
United States Attorney

MARK W. PLETCHER
BENJAMIN J. KATZ
Assistant U.S. Attorneys