UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 18CR0432-JLS |
|---|---|
| v. | **WAIVER OF INDICTMENT** |
| CFK, Inc. | |
| Defendant. | |

CFK, Inc. understands that it has been accused of one or more offenses punishable by imprisonment of more than one year. CFK, Inc. was advised in open court of its rights and the nature of the proposed charges against it.

After receiving this advice, CFK, Inc. waives its right to prosecution by indictment and consents to prosecution by information.

DATED: 3/7/2019

CFK, INC.

By: _Wad Watt_
Its: President

_[signature]_
Signature of defendant's attorney

_[signature]_
Judge's signature